Tobe Jackson, Plaintiff in Error, v. The State of Florida,
Defendant in Error.

(Supreme Court of Florida, En Banc, January 23, 1906.)

Writ of Error to Circuit Court, Washington county;
Francis B. Carter, Judge.

*W. O. Butler,* for Plaintiff in Error.

*W. H. Ellis,* Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of Attorney General, counsel for the State.